IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BENETECH, INC.**

Civil Action No. **12-1435**

v.

**PPL GENERATION, LLC**

## CANCELLATION   NOTICE

TELEPHONIC SETTLEMENT/STATUS CONFERENCE SCHEDULING ORDER

      Please be advised that the telephonic settlement/status conference in the above-captioned case scheduled for  **TUESDAY, OCTOBER 23, 2012** at **3:30 PM** before the Honorable Henry S. Perkin, United States Magistrate Judge **IS CANCELLED AT THIS TIME AT THE REQUEST OF COUNSEL.**

BY THE COURT:

/ss/ Henry S. Perkin
HENRY S. PERKIN, U.S.M.J.

FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date: 10/16/12

cc. Katy Sourk, Esq.
   Michael J. Devine, Esq.
   Phillip J. Zisook, Esq.
   Robert J. Fitzgerald, Esq.
   Erin Durba, Esq.
   Steven E. Obus, Esq.
   Andrew F. Susko, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Plaintiff | Civil Action No. |
| v. | |
| Defendant | |

CONSENT TO HAVE EX PARTE COMMUNICATION
WITH UNITED STATES MAGISTRATE JUDGE

Counsel for the parties to the above-captioned civil proceeding hereby consent to ex parte communication with the United States Magistrate Judge Henry S. Perkin for the purpose of assisting with settlement/discovery matters in the above-captioned case.

The undersigned represent all counsel in the above-captioned civil proceeding.

DATED:

_____          _____

_____          _____

_____          _____
            (Attorneys)                                    (Representing)