IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENETECH, INC. </br>  Plaintiff/Counter-Defendant, </br> v. </br> PPL GENERATION, LLC </br>  Defendant/Counter-Plaintiff. | C.A. No. 12-1435-JKG |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between all parties who have appeared, including Plaintiff/Counter-Defendant Benetech, Inc. and Defendant/Counter-Plaintiff PPL Generation, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), that all of the claims in the Amended Complaint of Benetech, Inc. asserted against PPL Generation, LLC and all counterclaims asserted by PPL Generation, LLC against Benetech, Inc. are hereby voluntarily DISMISSED WITH PREJUDICE, without costs or attorneys' fees against any party.

STIPULATED AND AGREED TO:

_____   _____
Michael J. Devine, Esq (admitted *pro hac vice*)   Steven E. Obus, Esq. (admitted *pro hac vice*)
Phillip J. Zisook, Esq. (admitted *pro hac vice*)   Erin Durba, Esq. (admitted *pro hac vice*)
Katy Sourk, Esq. (admitted *pro hac vice*)   PROSKAUER
DEUTSCH, LEVY & ENGEL,   Eleven Times Square
CHARTERED   New York, New York 10036
225 West Washington Street
Suite 1700   Andrew F. Susko, Esq.
Chicago, IL 60606   WHITE AND WILLIAMS
   LLP 1650 Market Street
Robert J. Fitzgerald, Esq.   One Liberty Place
BUCHANAN INGERSOLL &   Suite 1800
ROONEY PC   Philadelphia, PA 19103
Two Liberty Place

50 S. 16th Street
Suite 3200
Philadelphia, PA 19102-2555

*Attorneys for Benetech, Inc.*

Dated: __11 | 8 | 12__

*Attorneys for PPL Generation, LLC*

Dated: __11/7/12__